IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00125 -REB-CBS

AMERICAN HERITAGE TITLE AGENCY, INC.,
d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY OF DENVER,

     Plaintiff,

v.

THE FIRST AMERICAN CORPORATION and
FIRST AMERICAN TITLE INSURANCE COMPANY,

     Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

THIS MATTER, having come before the Court upon the parties' Joint Unopposed Motion For Suspension of Litigation, Suspension of Discovery and Tolling of Claims (*doc. # 37)*, and the court having reviewed the Motion, and being fully advised,

Hereby GRANTS the instant motion. This litigation, including all discovery, is hereby suspended for a period of sixty (60) days from June 24, 2009. The following deadlines, as set forth in the Minute Order dated March 13, 2009 (doc. no. 143) in Civil Action No. 08-cv-00911-WYD-CBS, are hereby vacated:

      Discovery Cut-off:  June 30, 2009.
      Dispositive Motion Deadlines:  July 31, 2009.
      Interrogatory Schedule:  All interrogatories must be served no later than 33 days before the June 30, 2009 discovery cutoff.
      Request For Production Schedule:  All requests for production must be served no later than 33 days before the June 30, 2009 discovery cutoff.

The parties' expert disclosure deadlines were stayed by an earlier Minute Order (doc. no. 34).

**DATED:**    June 29, 2009