**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00125-REB-CBS
(consolidated with 08-cv-0911-WYD-CBS for discovery purposes)

AMERICAN HERITAGE TITLE AGENCY, INC, d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY OF DENVER,

    Plaintiff,

v.

THE FIRST AMERICAN CORPORATION, and
FIRST AMERICAN TITLE INSURANCE COMPANY,

    Defendants.

---

THE FIRST AMERICAN CORPORATION, and
FIRST AMERICAN TITLE INSURANCE COMPANY,

    Counterclaimants,

v.

AMERICAN HERITAGE TITLE AGENCY, INC, d/b/a FIRST AMERICAN HERITAGE TITLE COMPANY OF DENVER,

    Counterdefendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Motion To Dismiss Pursuant To Fed.R.Civ.P. 41(a)(2)** [#43] filed September 11, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that Civil Action 09-cv-00125-REB-CBS, *American Heritage Title Agency, Inc., d/b/a First American Heritage Title Company of Denver v. The First American Corporation, et al.,* should

be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Motion To Dismiss Pursuant To Fed.R.Civ.P. 41(a)(2)** [#43] filed September 11, 2009, is **GRANTED**; and

2.  That Civil Action 09-cv-00125-REB-CBS, *American Heritage Title Agency, Inc., d/b/a First American Heritage Title Company of Denver v. The First American Corporation, et al.* is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 11, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge